# United States Court of Appeals
## For the First Circuit

No. 20-1936

DR. JUAN M. RODRIGUEZ-RIVERA, d/b/a "Centro Reumatologico Dr. Juan Rodriguez",

Plaintiff, Appellant,

v.

ALLSCRIPTS HEALTHCARE SOLUTIONS, INC.; ALLSCRIPTS HEALTHCARE, LLC,

Defendants, Appellees,

HEALTHCARE DATA SOLUTIONS, LLC, a/k/a HDSOSF, LLC; INSURANCE COMPANIES A, B, and C; JOHN DOE; RICHARD ROE,

Defendants.

**ERRATA SHEET**

The opinion of this Court issued on July 19, 2022, is amended as follows:

On page 4, line 10, add "right" after "stage"